IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JACOB DANSBY, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CV-01-BU-1648-S |
| | ) | |
| DAVID RANDALL ARENDALL, | ) | |
| | ) | |
| Defendant. | ) | |

**ENTERED**
JAN 2 4 2002

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on December 19, 2001, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed, pursuant to 28 U.S.C. § 1915A(b), for failing to state a claim upon which relief can be granted. The plaintiff filed objections to the report and recommendation on December 27, 2001.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

DATED this 24th day of January, 2002.

H. DEAN BUTTRAM, JR.
UNITED STATES DISTRICT JUDGE